# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMIEL L. WILLIAMS,** : | |
|     Plaintiff : | |
| : | No. 1:23-cv-00914 |
|     v. : | |
| : | (Judge Rambo) |
| **PICC MEDICAL DEPARTMENT,** : | |
| **et al.,** : | |
|     Defendants : | |

## ORDER

**AND NOW**, on this 6th day of September 2023, upon consideration of pro se Plaintiff Jamiel L. Williams ("Plaintiff")'s complaint (Doc. No. 1) and motions for leave to proceed in forma pauperis (Doc. Nos. 6, 8) and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's first motion for leave to proceed in forma pauperis (Doc. No. 6) is **GRANTED**, and Plaintiff's second motion for leave to proceed in forma pauperis (Doc. No. 8) is **DENIED as moot**;

2. Plaintiff's complaint (Doc. No. 1) is **DEEMED** filed;

3. Plaintiff shall pay the full filing fee of $350.00 based on the financial information provided in the application to proceed in forma pauperis. The full filing fee shall be paid regardless of the outcome of the litigation;

4. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/Warden or other appropriate official at Plaintiff's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

    a. The average monthly deposits in the inmate's prison account for the past six months, or

  b. The average monthly balance in the inmate's prison account for the past six months.

  The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in Plaintiff's inmate trust fund account exceeds $10.00, the Superintendent/Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number;

5. The Clerk of Court is directed to **SEND** a copy of this Order to the Superintendent/Warden of the institution wherein Plaintiff is presently confined;

6. Plaintiff's motion to add evidence to his complaint (Doc. No. 10) is **GRANTED**, and Plaintiff's attached documents (Doc. Nos. 10-1, 10-2) are **DEEMED** a part of his complaint;

7. Plaintiff's complaint (Doc. No. 1) is **DISMISSED** for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2);

8. Plaintiff's claims against Defendants SCI Huntingdon Medical Department, the Bureau of Health Care Services, the PICC Medical Department, and the Unknown Doctors and Nurses that work at the PICC Medical Department are **DISMISSED** without leave to amend;

9. The Clerk of Court is directed to **TERMINATE** Defendants SCI Huntingdon Medical Department, the Bureau of Health Care Services, the PICC Medical Department, and the Unknown Doctors and Nurses that work at the PICC Medical Department from the caption of the docket in this case;

10. Plaintiff is **GRANTED** leave to amend as to his claims against Defendants McCorkle, Rivello, Moore, Varner, and Starr;

11. The Clerk of Court is directed to **SEND** Plaintiff a form civil rights complaint;

12. Plaintiff shall complete the form complaint and file it with the Court. Plaintiff shall title his form complaint "Amended Complaint" and shall include the docket number for this case, 1:23-cv-00914;

13. Plaintiff shall file his amended complaint against Defendants McCorkle, Rivello, Moore, Varner, and Starr within **thirty (30) days** of the date of this Order;

14. In the event that Plaintiff does not file an amended complaint within the thirty (30) days or seek an extension of time in which to do so, then the Court will dismiss this action without prejudice; and

15. Plaintiff's motion seeking the appointment of counsel (Doc. No. 2) is **DENIED WITHOUT PREJUDICE**.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
