# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMIEL L. WILLIAMS,** :<br>      **Plaintiff** :<br> :    No. 1:23-cv-00914<br>      **v.** :<br> :    (Judge Rambo)<br>**PICC MEDICAL DEPARTMENT,** :<br>**et al.,** :<br>      **Defendants** : | |

## ORDER

**AND NOW**, on this 18th day of January 2024, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 13) is **DISMISSED**;

2. Plaintiff is **DENIED** any further leave to amend his pleading; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                         s/ Sylvia H. Rambo
                                                         SYLVIA H. RAMBO
                                                         United States District Judge